AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| JASON FAIRCLOTH,<br>    Plaintiff,<br><br>v.<br><br><br>SAMPSON COUNTY SCHOOLS,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:10-CV-29-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court GRANTS the Sampson County Board of Education's motion to dismiss the complaint [D.E. 8] and amended complaint [D.E. 27] under Rule 12(b)(2), 12(b)(4), and 12(b)(5) of the Federal Rules of Civil Procedure.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 10, 2010** WITH A COPY TO:

James E. Hairston, Jr. (via CM/ECF Notice of Electronic filing)
Daniel W. Clark (via CM/ECF Notice of Electronic filing)

| | |
|---|---|
| December 10, 2010<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina